[Criminal No. 284. Filed April 2, 1910.]

[108 Pac. 1134.]

R. D. WOODDELL, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the First Judicial District, in and for Pima County. John H. Campbell, Judge. Affirmed by divided court.

A. A. Worsley and Josiah Ide, for Appellant.

Appellant assigns as error: (1) The overruling of his demurrer to the indictment; (2) the exclusion of evidence on the trial; (3) that the verdict of the jury is contrary to the law and evidence; (4) the refusal of the court to give an instruction requested by the defendant.

John B. Wright, Attorney General, for Respondent.

PER CURIAM.—The court is equally divided as to the reversal of the judgment in this case. As an expression of opinion would be but that of a minority of the court, the judgment of the trial court is affirmed, without a discussion of the questions presented by the appellant.

CAMPBELL, J., not sitting.